The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSHA, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>WEEKS, *et al.*,<br><br>               Defendants. | No. 2:25-cv-483-MJP<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [~~PROPOSED~~] ORDER<br><br>Noted for: May 12, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 7 and Local Rules 7(d)(1) and 10(g), hereby jointly stipulate and move to stay these proceedings until September 1, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Forms I-485, Applications to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on on May 23, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until September 1, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

STIPULATED MOTION FOR ABEYANCE  - 1
Case No. 2:25-cv-483-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. This case involves two separate Form I-485 applications for Plaintiff Fnu Insha and Plaintiff Avam Arora. USCIS granted Plaintiff Insha's I-485 application for permanent residency on May 6, 2025. USCIS issued a request for evidence ("RFE") to Plaintiff Arora, with a response due by August 1, 2025. Additional time is necessary to allow Plaintiff Arora to submit the response and then for USCIS to review the response and adjudicate the application. Once USCIS has adjudicated Plaintiff Arora's application, claims for both Plaintiffs will be moot.

Accordingly, the parties request that the Court hold the case in abeyance until September 1, 2025. The parties will submit a joint status report on or before September 1, 2025.

Dated: May 12, 2025

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/Susan Kas
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4063
Email: susan.kas@usdoj.gov

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402

STIPULATED MOTION FOR ABEYANCE - 2
Case No. 2:25-cv-483-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*I certify that this memorandum contains 315 words, in compliance with the Local Civil Rules.*

<u>s/ Aimei Xi</u>
AIMEI XI, WSBA# 48639
Bright Law Firm PLLC
14205 SE 36th St. Suite 100
Bellevue, WA 98006
Phone: 425-209-0126
Email: aimei@usbrightlawfirm.com
*Attorney for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE   - 3
Case No. 2:25-cv-483-MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The case is held in abeyance until August 1, 2025. The parties shall submit a status update on or before August 1, 2025. It is so **ORDERED**.

PRESENTED BY:

*s/Susan Kas*
SUSAN KAS, WSBA #36592
Assistant United States Attorney
United States Attorney's Office

*s/ Aimei Xi*
AIMEI XI, WSBA# 48639
Bright Law Firm PLLC

DATED this 20th day of May, 2025.

Marsha J. Pechman
United States District Judge

STIPULATED MOTION FOR ABEYANCE - 4
Case No. 2:25-cv-483-MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970